**STATE of Missouri, Respondent,**

v.

**Michael Vernon HILL, Appellant.**

No. 48003.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 25, 1985.

Robert Jackson Maurer, Clayton, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant, Michael Vernon Hill, appeals from his convictions of burglary in the second degree and attempted stealing over $150. He was sentenced as a persistent offender to concurrent terms of ten years' imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).